FILED

12/31/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 20-0526

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 20-0526

_____

RANDALL CHILDRESS and CLAUDIA
CHILDRESS,

    Plaintiffs, Appellees,
     and Cross-Appellants,

v.

COSTCO WHOLESALE CORPORATION,

    Defendant, Appellant,
     and Cross-Appellee.

O R D E R

_____

This Court reviews briefs to ensure compliance with Rules 11 and 12 of the Montana Rules of Appellate Procedure.

M. R. App. P. 12(1)(d) requires that the statement of facts portion of the brief be separated by a heading (Statement of the Facts) and contain references to the pages or parts of the record where the facts appear. Appellant's brief contains no Statement of the Facts section.

M. R. App. P. 12(1)(i) requires appellants to attach an appendix including the relevant judgment, order(s), findings of fact, conclusions of law, jury instruction(s), ruling(s), or decision(s) from which the appeal is taken together with any written memorandum or rationale of the court, and those pages of the transcript containing any oral ruling in support. Appellant's brief contains no appendix of the judgment or order appealed.

M. R. App. P. 13(2) requires that a signed original brief be filed with the Clerk of the Supreme Court. Temporary Electronic Filing Rule 10(a)(2) provides that where a hand signature would otherwise appear, each document filed electronically by a registered user may be signed in the format "/s/ Chris E. Attorney." While Appellant's Certificate of

Compliance and Certificate of Service contain typed signatures in compliance with Rule 10(a)(2), Appellant's electronically filed brief does not contain such signature on the brief itself.

After reviewing the Appellant's opening brief filed on December 30 2020, this Court has determined that the brief does not comply with the Rules and must be resubmitted.

Therefore,

IT IS ORDERED that the referenced brief is rejected.

IT IS FURTHER ORDERED that within ten (10) days of the date of this Order the Appellant shall electronically file with the Clerk of this Court this brief containing the revisions necessary to comply with the specified Rules and that the Appellants shall serve copies of the revised brief on all parties of record;

IT IS FURTHER ORDERED that no changes, additions, or deletions other than those specified in this Order may be made to the brief as originally filed; and

IT IS FURTHER ORDERED that the times for any subsequent briefing contained in M. R. App. P. 13 shall run from the date of filing of the resubmitted brief and appendix.

The Clerk is directed to provide a true copy of this Order to the Appellant and to all parties of record.

2

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
December 31 2020